FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 25  P 3: 01

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EOTT ENERGY OPERATING UNITED PARTNERSHIP | * | CIVIL ACTION |
| Plaintiff | * | NO. 00-0190 |
| VERSUS | * | SECTION "S" |
| GULF TECH ENERGY, L.L.C. ET AL | * | MAGISTRATE "4" |
| Defendants | * | |

## EX PARTE MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Baker Hughes Inteq and Baker Oil Tools (Collectively "Baker"), who respectfully move this Court, pursuant to Local Rule 7.9E to extend the deadline for filing responsive pleadings, for the following reasons:

1.

On January 20, 2000, a Complaint for Interpleader was filed. A copy of the Complaint, with a Notice of Lawsuit and Request for Waiver of Service for Summons was thereafter transmitted to Baker.

2.

Baker requires additional time to review pleadings and to formulate an answer, and requests a twenty (20) day extension of time to answer.

3.

DATE OF ENTRY  FEB 29 2000

This is the first request for an extension, and opposing party has not filed in the record an objection to an extension.

WHEREFORE, the above-premises considered, Baker Hughes Inteq and Baker Oil Tools respectfully request that this Court enter an order granting Baker Hughes Inteq and Baker Oil Tools a twenty (20) day extension of time to prepare and submit responsive pleadings.

Respectfully submitted,

LUGENBUHL, WHEATON,
  PECK, RANKIN & HUBBARD
    Of Counsel

STEWART F. PECK (#10403)
MARY S. LANGSTON (#22818)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Attorneys for Baker Hughes Inteq and Baker Oil Tools

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon Jeffrey Burmaster, 201 St. Charles Avenue, Suite 3800, New Orleans, Louisiana 70130, by depositing a copy of same in the United States mail, properly addressed, and first class postage prepaid, this 25 day of February, 2000.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EOTT ENERGY OPERATING UNITED PARTNERSHIP | * * | CIVIL ACTION |
| Plaintiff | * * | NO. 00-0190 |
| VERSUS | * * | SECTION "S" |
| GULF TECH ENERGY, L.L.C. ET AL Defendants | * * | MAGISTRATE "4" |

## ORDER

Upon the above and foregoing Motion for Extension of Time within which to file responsive pleadings, it is hereby

ORDERED that Baker Hughes Inteq and Baker Oil Tools be, and the same is hereby granted, twenty (20) additional days from the date would otherwise be due to file responsive pleadings to the Complaint of Interpleader in the captioned matter.

New Orleans, Louisiana, this 28th day of Feb, 2000.

_____
JUDGE

-3-