"Certification of Funds in the Registry"

PRINCIPAL: $ 669,786.90

Financial Deputy: E. Dene  Date: 4/3/00

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR -3 P 1:44

LORETTA C. [signature]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EOTT ENERGY OPERATING LIMITED PARTNERSHIP | * * * | CIVIL NO. ACTION NO. 00-0190 |
| v.          PLAINTIFF | * * | SECTION "S" |
| GULF TECH ENERGY, L.L.C., KOCH PRODUCER SERVICES, INC., GREAT SOUTHERN OIL & GAS CO., INC., HALLIBURTON ENERGY SERVICES, INC. BAKER HUGHES INTEQ, A DIVISION OF      BAKER HUGHES OILFIELD      OPERATIONS, INC., and BAKER OIL TOOLS, A DIVISION OF      BAKER HUGHES OILFIELD      OPERATIONS, INC. | * * * * * * * * * * | JUDGE LEMMON |
| DEFENDANTS | * | MAGISTRATE (4) FONSECA |

## CONSENT JUDGMENT DISMISSING INTERPLEADER ACTION, WITH PREJUDICE, AND DIRECTING DISBURSEMENT OF FUNDS IN THE REGISTRY OF THE COURT

Considering the foregoing Ex Parte, Unopposed Motion for Entry of Consent Judgment Dismissing this Interpleader Action, with Prejudice, and Directing the Disbursement of the Funds in the Registry of the Court (the "Motion"), which Motion was filed by all of the parties to this Interpleader Action, including the plaintiff-in-intervention, EOTT Energy Operating Limited Partnership, and each of the defendants-in-interpleader herein, Gulf Tech Energy, L.L.C., Koch Producer Services, Inc., Great Southern Oil & Gas

N0486508.3   DATE OF ENTRY        PAGE 1 OF 6 PAGES

APR 1 4 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 4

Co., Inc., Halliburton Energy Services, Inc., Baker Hughes Inteq, a Division of Baker Hughes Oilfield Operations, Inc. and Baker Oil Tools, a division of Baker Hughes Oilfield Operations, Inc.;

**IT IS ORDERED** that the Motion be and the same is hereby granted;

**IT IS FURTHER ORDERED** that the Clerk of this Court shall disburse the funds in the registry of this Court in connection with this Interpleader Action (the "Registry Funds") as follows: (i) $4,000.00, without interest, to EOTT Energy Operating Limited Partnership (taxpayer i.d. no. 76-0424498), through its attorney of record, Jeffrey Burmaster, 201 St. Charles Avenue, Suite 3800, New Orleans, Louisiana 70170; (ii) the balance of such Registry Funds, including interest, by check made payble to the order of Koch Producer Services, Inc. (taxpayer i.d. no. 48-1174376), through its attorney of record, Elizabeth J. Futrell, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.C., 201 St. Charles Ave., 49th Floor, New Orleans, Louisiana 70170-5100; and (iii) EOTT be released and discharged from any liability to the defendants-in-interpleader for the Registry Funds.

**IT IS FURTHER ORDERED** that this Interpleader Action be and the same is hereby dismissed, with prejudice, each party (other than EOTT Energy Operating Limited Partnership) to bear its own costs.

New Orleans, Louisiana, this ___ day of April, 2000.

RECEIVED CHECK NO. _____
IN THE AMOUNT OF _____

_____
JUDGE, UNITED STATES DISTRICT COURT

N0486508 3

RECEIVED CHECK NO. 13328
IN THE AMOUNT OF 669,491.60

PAGE 2 OF 6 PAGES

RECEIVED CHECK NO. 13323
IN THE AMOUNT OF 4,000.00

CONSENT JUDGMENT APPROVED AS
TO CONTENT AND FORM:

_____
JOSEPH E. LEBLANC JR. (#8199)
JEFFREY M. BURMASTER (#17494)
King, LeBlanc & Bland
201 St. Charles Avenue
Suite 3800
New Orleans, LA 70170
Telephone: 504-582-1813  582-3800

Attorneys for EOTT Energy Operating
Limited Partnership, plaintiff-in-interpleader

_____
STEWART F. PECK (#10403)
Lugenbuhl, Burke, Wheaton, Peck,
Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990

Attorneys for Baker Hughes, Inteq,
a Division of Baker Hughes Oilfield Operations, Inc.,
and Baker Oil Tools, a Division of Baker Hughes
Hughes Oilfield Operations, Inc.,
defendants-in-interpleader

_____
ELIZABETH J. FUTRELL (T.A.) (5863)
COLEMAN D. RIDLEY, JR. (25849)
Jones, Walker, Waechter,
Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000

Attorneys for defendent-in-reconvention,
Koch Producer Services, Inc.

N0486508.3                        PAGE 3 OF 6 PAGES

CONSENT JUDGMENT APPROVED AS
TO CONTENT AND FORM:

GULF TECH ENERGY, L.L.C.

By: *[signature: Richard R. Lembcke]*

Its: president

CONSENT JUDGMENT APPROVED AS
TO CONTENT AND FORM:

GREAT SOUTHERN OIL & GAS CO., INC.

By: _____
      [name]   JAMES A. GEE

Its:  _____PRESIDENT_____
      [title]

CONSENT JUDGMENT APPROVED AS
TO CONTENT AND FORM:


HALLIBURTON ENERGY SERVICES, INC.

By: _____
    [name] JOHN S. HUITT

Its: ATTORNEY IN FACT
     [title]